ACCEPTED
06-14-00100-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/2/2015 9:22:14 PM
DEBBIE AUTREY
CLERK

No. 6-14-00100-CV

| | |
|---|---|
| MARK J. MUELLER | IN THE COURT OF APPEALS |
| VS. | FOR THE 6TH SUPREME |
| JAMES H. DAVIS, INDIVIDUALLY, | JUDICIAL DISTRICT OF TEXAS |
| JAMES H. DAVIS D/B/A J.D. MINERALS | TEXARKANA, TEXAS |
| AND JDMI, LLC. | |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/2/2015 9:22:14 PM
DEBBIE AUTREY
Clerk

**APPELLANT'S MOTION FOR LEAVE TO FILE REPLY TO SUR-REPLY BRIEF**

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW, Mark Mueller, APPELLANT, and respectfully files this Motion for Leave in accordance with Texas Rules of Appellate Procedure and would show as follows:

\  Appellant wishes to file his Reply to the Sur-Reply of Appellee's to Appellant's Reply Brief and Motion for Sanctions.  Appellant's Reply to the Sur-Reply Brief is filed coinciding with said motion for leave.

Oral Argument is set for November 18, 2015 at 10:00 a.m. in Texarkana, Texas.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court grant his Motion for leave to file a Reply to Appellee's Sur-Reply Brief.

RESPECTFULLY SUBMITTED
*/s/R. Bob Whitehurst*
Bob Whitehurst
5380 Old Bullard Road, Suite 600,  #363
Tyler, Texas 75703
(903)593-5588
State Bar #21358100

CERTIFICATE OF CONFERENCE

Prior to  the filing of this motion, I contacted Douglas McLallen  via fax, attorney for appellee, and he indicated he was unopposed to said motion.

/s/R. Bob Whitehurst
Bob Whitehurst


CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above and foregoing instrument has been served on all counsel of record in accordance with the Rules of Civil Procedure on this 2nd  day of November, 2015.

/s/R. Bob Whitehurst
Bob Whitehurst


Douglas McLallen
Attorney at Law
1001 Third Street, Suite 1
Corpus Christi, Texas 78404

Marshall Wood
Attorney at Law
315 Main Street
Post Office Box 1808
Texarkana, Texas 75504